IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| LUIS PENA PALACIOS, | * |
| Petitioner, | * |
| v. | Case No. 4:23-cv-145 (CDL) |
| | * |
| Warden TERRANCE DICKERSON, *et al.*, | |
| | * |
| Respondents. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated November 8, 2023, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 8th day of November 2023.

David W. Bunt, Clerk

s/ Timothy L. Frost, Deputy Clerk